582

MAUIAN HOTEL, INC., ET AL., *v.* MAUI PINEAPPLE CO., LTD., *v.* AUSTIN, SMITH & ASSOCIATES, INC., and NAPILI-KAI, LTD.

No. 4950.

MARCH 17, 1971.

RICHARDSON, C.J., ABE, LEVINSON, KOBAYASHI, JJ., AND CIRCUIT JUDGE HAWKINS IN PLACE OF MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing is denied without argument.

*Edmund Burke* (*Henshaw, Conroy & Hamilton* of counsel) for the petition.